AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Margaret McFadden Cromwell <br> *Plaintiff* <br> v. <br> Commissioner of the Social Security Administration <br> *Defendant* | Civil Action No.   4:19-cv-1049-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Commissioner's final decision is affirmed.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce H. Hendricks, United States District Judge, who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, United States Magistrate Judge.

Date:   September 17, 2020

ROBIN L. BLUME
*CLERK OF COURT*

s/ Glenda J. Nance

*Signature of Clerk or Deputy Clerk*